UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVAN WATSON, an individual, on behalf of herself and all persons similarly situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>SAN DIEGO DIALYSIS SERVICES, INC.,<br><br>                                        Defendant. | Case No.: 24cv0228-LL-JLB<br><br>**ORDER GRANTING JOINT MOTION TO VACATE DATES AND STAY CASE IN LIGHT OF SETTLEMENT OF ACTION**<br><br>[ECF No. 45] |

Before the Court is the parties' Joint Motion to Vacate Dates in Light of Settlement of Action. ECF No. 45. The parties state that they reached a settlement of this action and an associated action in state court and are seeking approval of the global settlement of all claims in both actions in state court. *Id.* at 2. The parties request the Court to vacate all deadlines in this action and stay this action or place it in abeyance pending the settlement approval process in state court. *Id.* at 3.

For good cause, the Court **GRANTS** the Joint Motion, vacates the prior case deadlines set in the Order Granting Joint Motion to Continue Certain Case Deadlines in Light of Pending Second Mediation [ECF No. 44] and the deadlines set in the Scheduling Order [ECF No. 14] and further **STAYS** this entire action pending the settlement process

1  in *Watson v. San Diego Dialysis Services, Inc.*, Superior Court of California, County of
2  San Diego, Case No. 37-2024-00002851.
3      The parties shall file a joint status report on the state of settlement on or before
4  **March 14, 2025**.
5      **IT IS SO ORDERED**.
6  Dated: January 13, 2025

Honorable Linda Lopez
United States District Judge