UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVAN WATSON, an individual, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO DIALYSIS SERVICES, INC.,<br><br>Defendant. | Case No.: 24cv0228-LL-JLB<br><br>**ORDER DISMISSING CASE** |

On November 20, 2025, the parties filed a Joint Status Report in which they reported that Plaintiff's motion for final approval of class and PAGA settlement was granted on November 14, 2025 in the related state court case of *Watson v. San Diego Dialysis Services, Inc.*, Superior Court of California, County of San Diego, Case No. 37-2024-00002851. ECF No. 51. Plaintiff requested the instant case be dismissed without prejudice. *Id.* For good cause shown, the Court **DISMISSES** this case without prejudice. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  December 1, 2025

Honorable Linda Lopez
United States District Judge