

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devan Watson, an individual, on behalf of herself and on behalf of all persons similarly situated<br><br>Plaintiff,<br>V.<br><br>San Diego Dialysis Services, Inc., a Corporation; Does 1 through 50 inclusive<br><br>Defendant. | Civil Action No.   24-cv-00228-LL-JLB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this case without prejudice. This case is hereby closed.

Date:   12/1/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  B. Chandler
B. Chandler, Deputy